Dear Clerk of Courts please file this into the Record and furnish a copy to me so that I may send a copy to all named officials please place a time stamp and received before returning the original and a copy to me thank you for your time

Sincerely,

date 1/27/2021

JAHMAL WILLIAMS©
(Contract) 202020901118
VS

City of Philadelphia et al

## Petition for Stipulation of Facts
### — Grounds — Basis

This Petition is governed under Finance Statement(s) 202020901118 et al the — JAHMAL SAAID WILLIAMS JUNIOR TRUST©. This Petition was executed by the Board of Trustees see Trust Documents made public under the JAHMAL WILLIAMS TRUST© for Board members. This Petition further rest its powers granted by the Constitution Article I Section X unlimited Right to Contract. Please be advised this petition is governed under House Joint Resolution 192, and Public Policy 73-10, Emergency Bankfy Act of 1933, Fair debt Collection Pratices Internal Re-venue Codes and Uniform Commercial Codes Holders in - Due Course Tacit Aequisence.

### Facts

Petitioner(s), Jahmal-Scaid Williams, Leeana beth Mercado, Kimberly Bumpess, Geraddo Irizzorn, Muslifa Abdullah acting on behalf of the JAHMAL WILLIAMS TRUST© for the benifit of its Assets, Beneficiers and the TRUST in general. See contractual provisions). Filed a number of notices within the holding institution Curran-Fronhold Correctional Institution. These notices dated back to December 5th — January 27th

describe the following stipulations by the City of Philadelphia et al. for failing to rebut the facts stated within the notices filed at the institution(s) and lodged into the trust as commercial distress and Dishonor against the Williams Family for trespass upon the rights granted by the Constitution and abandonment of their sworn oath - Public officials - to uphold the rights of the people under Article I Section X of the Constitution.

Please be advised at all times Petitioner has been denied medical attention (see medical grievances and sick calls), denied legal services (Law library access), denied basic human rights, denied rights to shower, denied rights to be safe from unclean environments, denied provision outlined and contracted to in City of Philadelphia vs Remick —; Clean uniforms, clean sheets, clean wash clothes, 45mins at least of recreation time, denied soap & hygiene products, denied fresh & clean air, denied phone & outside contact, denied rights as a human Being —

Please be advised petitioner(s) have been denied rights(s) to contract as named officials duly given notice failed to respond to previous notices which notified officials of contractual provisions on behalf of Accepting for value All Commercial distress caused by the JAHMM WILLIAMS © TRUST Foundation. Please be advised on behalf of the JAHMM WILLIAMS TRUST All previous commercial dishonors are hereby accepted for value and exempt from levy pursuant to House Joint Resolution 192, Public Policy 73-10 and Emergency

Contract Art-2
- Banking act of 1933 and Article I Section X of Constitution (Legal Tender).

Due to public officials named and unnamed failure to respond to notices they have abandoned their oath to uphold the rights of the people and by doing so lose immunity - under public oath of office. Named and unnamed officials stipulated to facts outlined in this petition and described under all commercial distress under contract contractual provisions by becoming Holders-in-Due-Course. Named and unnamed officials have been properly notified by its subsidiaries to the terms and conditions of the contract governed under Financial Statements Security Agreements, Common Law Copy Right notices and all commercial paperwork under the JAMMAL WILLIAMS TRUST © (See 2020205012 and SA, CCEN, etc)

Please be advised the value of each commercial distress is 100 million Dollars of United States Currency per person per action. Please note the following notes and persons described.

Arresting officers (denied right to contract, travel etc.)
Bail Commissioners Clergy (denied right to Contract) (and right to be free from excessive bail)
District Attorneys (denied right to contract)
Correctional officers (denied provision outlined in City ~~welldddd~~ of Philadelphia vs Remick)
Judges - Denied right to Contract
Parole Board Denied right to Contract Double Jeopardy etc.
Public Defenders - Denied 6th Amendment right to choose

council.

Please be advised that all officials named and unnamed further denied petitioner(s) right to file taxes by not providing petitioner with 1099's OID etc to file taxes, officials denied petitioner right(s) to be free from unfair Debt Collection Practices denied right under House Joint Resolution 192, Emergency Banking Act of 1933 under Article I Section X of the Constitution by attempting to force petitioner to pay a tender not granted under Article I Section X (paying with his/her life energy) and bonding the so-called "OO" Forced Dishonor as the petitioner Accepted for Value all previous Commercial Dishonors and do so from here on all Commercial Dishonors on behalf of the JAHMM WILLIAMS TRUST are accepted our value and exempt from levy pursuant to House Joint Resolution 192, Public Policy 73-10, Emergency Banking Act of 1933 and Article I Section X of the Constitution - All Rights Reserved.

Please be advised the Total Cost per person value of the Commercial Distress caused by named officials is $700,000,000.00 - Judges (1) Bail Commissioners (2) District Attorney(s) (3) Parole Board (4) Public Defenders (5) Correctional Officers (6) and Arresting officers (7) - all conspiring to deny petitioners right so granted by the Constitution. Please be advised all actions will be now forwarded to the Tax Divisions as a bond and liens to be filed

against all named officials in their capacity and stripped of immunity for abandonment of their oath under Article I Section X of the Constitution and by attempts to commit actions to defraud petitioner and deny basic human rights to be Free and of Liberty as granted by the Forefathers who enacted the very Constitution which brings rise to the officials to stand before the Court today.

Please be advised the ticket of Dishonor will now cause Legal Action(s) to be sought as a matter of Remedy on behalf of the JATHAN SAEID WILLIAMS JUNIOR TRUST.

Please note the following case law(s) for the basic grounds as per previous mentioned Contracts and the Constitution itself Haleus Hankel, Eric RR v Tompkins, House Joint Resolution 192, Emergency Banking Act of 1933 Internal Revenue Codes, Fair Debt Collection Practices, Securities Exchange Commission, Public Policy, Uniform Commercial Codes, Financial Statements, Security Agreements, Common Law Copy Notices, Hold Harmless Indemnity Agreements and All Rights Reserved. Under remedies mentioned and so granted by the powers vested in We the People.

This Petition was executed under
Penalties of Perjury.

This Document was executed by the Brand

X SAHMM SAAID WILLIAMS JUNIOR TRUST ©

Notice to Agents is Notice to Principals

(Ignorance of law is no excuse)

Please be advised you have now been duly
notified and Further action will be sought in
B three days as in the (3) three day
Truth in Lending Act

This Document Has been accepted for value and entered
into the Commercial Registry

NOTICE-TO-AGENTS-IS NOTICE-TO PRINCIPALS-
NOTICE-TO PRINCIPALS-IS NOTICE-TO AGENTS

All Rights Reserved.

Jahmal Williams @ CCC1-308
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN [851~3]

Clerk of Courts
1201 Market Street
Philadelphia, Pennsylvania
near [1906]

