IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 10/19/21

TO: Court Deputy to Judge _Goldberg_

FROM: U.S. Marshal Service

SUBJECT: Status Report on Request for U.S.M. 285 Form

__21-640__  __Williams v. City of Phila et al__
CIVIL CASE NUMBER   CASE TITLE

☒ INITIAL NOTICE MAILED   __10/19/21__
DATE

☐ SECOND NOTICE MAILED   _____
DATE

☐ THIRD NOTICE MAILED   _____
DATE

☐ OTHER _____

_M. Shelinsky_
U S Marshal Service