# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: JAHMAL WILLIAMS | COURT CASE NUMBER: 21-CV-640 |
| DEFENDANT: John Doe, Warden | TYPE OF PROCESS: Civil Summons Complaint |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Warden of CFCF
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 7901 State Road, Phila. Pa. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Jahmal Williams
8201 State Rd.
Phila. Pa. 19136

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Name of Warden unKown, address is place of employment CFCF

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 11/15/2021

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: M. Pilinsky
Date: 12/9/2021

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Joshua Feissner Esq. Law Dept. City of Phila
Date: 12/10/21
Time: 2:33 pm

REMARKS: City of Phila. Law Dept. Can't accept Service for John Does

RECEIVED UNITED STATES MARSHAL
2021 DEC -8 PM 1:46
EASTERN DISTRICT OF PENNSYLVANIA

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JAHMAL WILLIAMS | COURT CASE NUMBER<br>21 CV 640 |
|---|---|
| DEFENDANT<br>Jane Doe, SuperIntendent | TYPE OF PROCESS<br>Summons Civil Complaint (USM-285) |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Jane Doe, Super-Intendent of CFCF<br>ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>7901 State Rd, Phila, Pa, 19136 |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>JAHMAL WILLIAMS<br>8201 State Road PP# Q39103<br>Phila, Pa. 19136 | Number of process to be served with this Form 285: 5 |
|---|---|
| | Number of parties to be served in this case: 5 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Name of SuperIntendent for Institution Unknown - address is workplace

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE 11/15/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6b | District to Serve<br>No. 6b | Signature of Authorized USMS Deputy or Clerk<br>M Abelersky | Date<br>12/9/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Joshua Feissner Esq Law Dept. City of Phila. | Date<br>12/10/21 | Time<br>2:33 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

City of Phila. can't accept service for John Does.

Plaintiff listed "Jane Doe, Superintendent of CFCF" on USM 285

Summons has it listed as John Doe (Superintendent)

RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF PENNSYLVANIA 2021 DEC -8 PM 1:46

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/

# U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JAHMAL S. WILLIAMS | 21 CV 640 |
| DEFENDANT | TYPE OF PROCESS |
| OFFICER SLATER | Complaint 1983 S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Curran-Fromhold Correctional Facility
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 7901 State Road, Phila. Pa. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
JAHMAL WILLIAMS
8201 State Rd.
Phila Pa. 19136

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Known address = Place of employment

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 6 | 6 | M. Shelinsky | 12/9/2021 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Marli Reid Law Dept. City of Phila.
Date: 12/10/21  Time: 11:13 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | | | |

REMARKS: Process accepted via Electronic Service

United States Marshals Service
RECEIVED
NOV 10 2021
Eastern District of Pennsylvania

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/1

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
| --- | --- |
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
| --- | --- |
| JAHMAL WILLIAMS | 21 CV 640 |
| DEFENDANT | TYPE OF PROCESS |
| Prison Commissioner - Carney | Summons / Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
| --- | --- |
| | City of Philadelphia |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1515 Arch St Phila PA 19102 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
| --- | --- |
| JAHMAL WILLIAMS<br>8201 State Road<br>Phila. Pa. 19136 | Number of process to be served with this Form 285: 5 |
| | Number of parties to be served in this case: 5 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Place of employment

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
| --- | --- | --- |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No.: 66 | District to Serve No.: 66 | Signature of Authorized USMS Deputy or Clerk: M Helensky | Date: 12/9/2021 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
| --- | --- | --- | --- |
| Marli Reid - Law Dept City of Phila. | 12-10-21 | 11:13 | [X] am [ ] pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee: 65.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
| --- | --- | --- | --- | --- | --- |

REMARKS: Process accepted via Electronic Service

United States Marshals Service
RECEIVED

NOV 1 0 2021

Eastern District of Pennsylvania

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JAHMAL WILLIAMS | 21 CV 640 |
| DEFENDANT | TYPE OF PROCESS |
| CITY OF PHILADELPHIA | USM-285 - Summons, Civil suit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City of Philadelphia
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1515 Arch St, Phila PA 19102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
JAHMAL WILLIAMS PP# 939103
8201 STATE Rd
Phila, Pa. 19136

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
address unknown for service upon city of Philadelphia

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 11/15/2021

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: M Helinsky
Date: 12/9/2021

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Marli Reid - Law Dept - City of Phila
Date: 12/10/21
Time: 11:13 ☒ am ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | | | |

REMARKS
Process accepted via Electronic Service

RECEIVED UNITED STATES MARSHAL
2021 DEC -8 PM 1:46
EASTERN DISTRICT OF PENNSYLVANIA

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18