IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMAL WILLIAMS, *Plaintiff*, v. CITY OF PHILADELPHIA *et al.*, *Defendants*. | Civil Action No. 21-cv-640 |

## ORDER

**AND NOW**, this 4th day of January, 2022, it is hereby **ORDERED** that the time for Defendants to file an answer is extended to **January 13, 2022**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1