IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMAL WILLIAMS, *Plaintiff*, v. CITY OF PHILADELPHIA *et al.*, *Defendants*. | Civil Action No. 21-cv-640 |

### ORDER

**AND NOW**, this 30th day of March, 2022, I find as follows:

1. Plaintiff Jahmal Williams brings claims against the City of Philadelphia and several individuals in connection with alleged violations of his rights while detained at the Philadelphia Detention Center.

2. On January 12, 2022, Defendants moved to dismiss all claims for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 32.) Under Local Rule 7.1(c), Plaintiff's response was due fourteen days thereafter on January 26, 2022. So far, Plaintiff has not filed a response.

**WHEREFORE**, it is hereby **ORDERED** that within **fourteen (14) days of the date of this Order**, Plaintiff shall file a response to Defendants' Motion to Dismiss. If Plaintiff does not file a response, Plaintiff's case may be dismissed for lack of prosecution without further notice from the Court.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**