IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMAL WILLIAMS,<br><br>    *Plaintiff*,<br><br>v.<br><br>CITY OF PHILADELPHIA *et al.*,<br><br>    *Defendants*. | Civil Action<br><br>No. 21-cv-640 |

## ORDER

**AND NOW**, this 9th day of May, 2022, I find as follows:

1. Plaintiff Jahmal Williams brings claims against the City of Philadelphia and several individuals in connection with alleged violations of his rights while detained at the Philadelphia Detention Center.

2. On January 12, 2022, Defendants moved to dismiss all claims for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 32.) Under Local Rule 7.1(c), Plaintiff's response was due fourteen days thereafter on January 26, 2022.

3. On March 30, 2022, I ordered Plaintiff to respond within fourteen days or have his complaint dismissed for lack of prosecution. (ECF No. 33.)

4. To date, Plaintiff has not filed a response to Defendants' Motion.

**WHEREFORE**, it is hereby **ORDERED** that:

- Plaintiff's Complaint is **DISMISSED** for lack of prosecution.

- The Clerk shall mark this case **CLOSED**.

1

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**