In the United States District Court
for the Eastern District of Pennsylvania

Jahmal Williams
        Plaintiff
                                    Civil Action
v                                   Number - 21 CV 640

City of Philadelphia
        Defendant

## Motion To Reopen Case

On March 30th 2022 the Court filed a
order for plaintiff to respond to defendants
motion to dismiss. On May 9th 2022 the Court
closed case for plaintiffs failure to prosecute
or lack thereof

And now comes plaintiff on March 11th 2022
file motion to re-open case based upon the
following:

On April 5th 2022 plaintiff had a trial
hearing for other legal issues

On April 7th 2022 plaintiff was re-located
to PCF from Detention Center

On April 12th plaintiff was then placed
in segregation unit and then transported to
another facility PDP PICC

While at PDP-PICC plaintiff filed a
memorandom on April 22nd 2022 in response
to plaintiffs motion to dismiss

Plaintiff now ask that this court reopens case on the basis that plaintiff has limited law library access and that the mailing system here at POP seems to be delayed. Plaintiff further asserts that due to other legal issues and constant transportations during the month of April caused plaintiff unfortunate extended periods of stress

AND NOW plaintiff JAHMAL WILLIAMS pleads that this court re-opens case file # in the above mentioned case plaintiff futher ask for an extention for filing response as plaintiff does not have a copy of original memorandom for response to defendants motion to DISMISS

Respectfully Submitted

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAHMAL WILLIAMS
            plaintiff

                                        CIVIL ACTION
                                        NUMBER 21 CV 640

V.

CITY OF PHILADELPHIA
            defendant

_____
ORDER

AND NOW, this        day of May 2022 upon
consideration of plaintiffs motion to re-open case
It IS HEREBY ORDERED that plaintiffs motion
to open case is Granted

Date:

                        BY THE COURT
            X_____
                HONORABLE MITCHEll S Goldberg

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAHMM WILLIAMS
    Plaintiff

    CIVIL ACTION

V.

    NUMBER 21 CV 640

CITY OF PHILADELPHIA
    Defendant

## CERTIFICATE OF SERVICE

I, JAHMAL WILLIAMS do herby declare and state that the following motion to reopen case has been placed in the inmate mailing system properly address to clerk of courts copa. 601 market street, Philadelphia PA 19106 this 11th day of May 2022.

Respectfully Submitted

X _____
JAHMAL WILLIAMS

Date; May 11th 2022

Jammel Williams
PPN X9103
Philadelphia Department of Prisons
Philadelphia, PA 19136

U.S.M.S. X-RAY.

PHILADELPHIA PA 190
12 MAY 2022 PM 6 L

James A. Byrne U.S. Courthouse
Clerk of Court EDPA
601 Market Street Rm. 2609
Phila. Pa. 19106    2669

RECEIVED
MAY 16 2022


PURPLE HEART
FOREVER USA