7017 1450 0000 5925 0095

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jahmal S. Williams
Plaintiff

CASE # 21 CV 640 / 22 CV 2280

VS

BOND TRACKING # 7017 1450 0000-5925 0095

CITY OF PHILADELPHIA et al
Defendant

**RECEIVED JUL 7 2022**

## BOND ORDER

There appearing no bond of record to initiate the matter regarding Case #'s 21 CV 640 / 22 CV 2280 and associated accounts I, Jahmal-Saaid: Williams undertake as follows;

In consideration of the fact that no lawful money exist in circulation and in consideration of the fact that I have suffered damages/dishonor regarding the matter of case # 21 CV 640 / 22 CV 2280 I underwrite with my private exemption 200686955 - Treasury Direct Account Number - 7017-1450 0000 5925 1962 regarding any/and all obligations of performance, loss, costs sustained by the above mentioned case caption and respectful citizens thereof regarding matter - see attaching BILL of Exchange and Financial Statements 202020 4018 and Security Agreements 282266592-SA Filed in the Commercial registry for father understanding.

address to executor
Jahmal S. Williams
PDP - PICC pp# 959103
8301 State Road
Philadelphia, Pennsylvania [19136]
Non Domestic / Non Assumosit

Date June 30th 2022

X _Jahmal S. Williams_©

ALL RIGHTS RESERVED

TRACKING NUMBER - 7017 1450 0000 5925 1962

## INTERNATIONAL PROMISSORY NOTE
### Bill of Acceptance - Time Draft

~~Atten:~~ Francis-Alicea, Secretary of Treasury
IMF - International Monetary Fund
Department D2 - Hacienda
P.O. Box 00902-4140
San Juan, Puerto Rico 00902-4140

BILL OF EXCHANGE

INTERNATIONAL BoE NUMBER: 7017 1450 0000 5925 1962

PLEASE PAY TO: Clerk of Court ~~illegible~~
OFFICE OF THE CLERK OF QUATER SESSION
1001 MARKET ~~illegible~~ STREET PHILADELPHIA, PA. 19107

THE SUM OF: THREE MILLION ONE THOUSAND AND SEVEN DOLLARS / AND NO CENTS
$3,001,007.00 / XX (USD)

FROM the JANMAL SAAID WILLIAMS trust File # 0369110-87/200686955 on File with the Department of Treasury Certified mail number: 7017 1450 0000 5925 0095 Account NO: 200686955

THE obligation of the drawee (acceptor) Secretary of the Treasury - Department of the Treasury, through the bailee (authorized agent) of the claimant's Financial Institution TTL Bank, hereof arises out of the want of consideration for the pledge, and by the redemption of the pledge under Financial Statement numbers 20202090118 - Filed and entered into the Commercial registry pursuant to HJR-192, Public Policy 73-10, Emergency Banking Act of 1933, Article 1 Section X of the Constitution(s) represented by attached claim document(s) Accepted For Value and bearing Bond Order numbers - CP 0001610-2021, MC002J309-2020, 0506481-05, 0024054-14, 0369110-87.

This claim document is released (surrendered) as said pledge is redeemed (discharged), by the bailee (authorized agent) through the drawer (secured party) Acceptance For Value. Federal regulations requires the claimant's Financial Institutions TTL bank to accept this draft, SIGN and PRESENT, to the drawee - Steve Munchin -

BoE-06232022-JW   1/2

Secretary of the Treasury - Department of the Treasury within the time stipulated by REGULATION Z: Truth-In-Lending, or (15) Fifthteen days of receipt. Federal Regulations also require the amount of this draft from the JAHMAL SAAID WILLIAMS trust UCC CONTRACT ACCOUNT and presented as payment to the Secretary of Treasury original File tracking number - 7017 1450 0000 5925 0095, for settlement/closure and discharge of this claim.

REGULATION Z NOTE: UCC 3-419 Negotiable Instruments as HOLDER-IN-DUE-COURSE shall apply. In the case of Non-response within (15) Fifthteen day GRACE period then this BILL/NOTE shall be deemed accepted by Department of Treasury for closure of BOND/ORDER numbers 0023309-20, 000610-21, 0506481-05, 0024054-141, 0369110-87.

———— Issued per UCC 3-311 FULL SATISFACTION of CLAIM ————

__JAHMAL S. WILLIAMS__ TTY Bank
CLAIMANT

__Francis-Alicea__ Drawee/Secretary
of the Treasury - Department of Treasury
-acceptor-

_____ drawer (Secured party)
appearing by special appearance

By the Board of Trustees
D369110-87 / 200686955 - Original File Number(s)
7017 1450 0000 5925 1962 - Tracking number
2020209118 - Finance Statement Number
G26151458 - Certificate Number
200686955 - Account Number

ALL RIGHTS RESERVED...   BOE-06232022-JW   2/2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAHMAL S. WILLIAMS
plaintiff

Case #'s 21CV640/22CV 2280

V.

City of Philadelphia etal
defendant

## CERTIFICATE OF SERVICE

I, Jahmal-Said = Williams do hereby declare and state that the foregoing Brief Order has been served upon the Clerk of Court by placing the same in the Institution mailing service properly address 601 Market Street, Philadelphia, Pennsylvania 16106 this 30th day of June 2022

Date: 6/30/2022

x Jahmal S. Williams

ALL RIGHTS RESERVED... 0.368110-87/200680155

JAMAL S. WILLIAMS
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN: 939103
Non-Domestic / Non-Assumpsit





PHILADELPHIA PA 190
5 JUL 2022 PM 7 L

U.S.M.S.
X-RAY

RECEIVED
JUL -7 2022

Eastern of Pennsylvania
United States District Court
Clerk of Court
601 MARKET STREET
PHILADELPHIA, PENNSYLVANIA [19106]

19106-17299