21-640

JAHMAL WILLIAMS
939103
DETENTION CENTER
8201 STATE ROAD
PHILADELPHIA, PA 19136



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

$0.840
US POSTAGE
FIRST-CLASS
062S0012924923
FROM 19106

Return to Sender
U.S.M.X.