IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMAL WILLIAMS, <br><br> *Plaintiff*, <br><br> v. <br><br> BLANCHE CARNEY *et al.*, <br><br> *Defendants*. | Civil Action <br><br> No. 21-cv-640 |

## SCHEDULING ORDER

**AND NOW**, this 10th day of March, 2023, it is hereby **ORDERED** that:

1. This case is referred to Magistrate Judge David R. Strawbridge for settlement purposes. Judge Strawbridge will contact counsel to initiate the settlement process.

2. All motions to amend the complaint and to join or add additional parties shall be filed **within thirty (30) days of the date of this Order**.

3. All fact discovery shall be completed by **Monday, August 7, 2023**.

4. Plaintiff's expert reports, if any, shall be produced by **Monday, August 21, 2023**. Defendants' expert reports, if any, shall be produced by **Tuesday, September 5, 2023**. Plaintiff's rebuttal expert reports, if any, shall be produced by **Tuesday, September 12, 2023**. All expert discovery, including depositions of expert witnesses, shall be completed by **Tuesday, October 3, 2023**.

5. All motions for summary judgment and <u>Daubert</u> motions shall be filed no later than **Tuesday, October 17, 2023**.

**6.** Responses to motions for summary judgment and <u>Daubert</u> motions, if any, shall be filed no later than **Tuesday, November 7, 2023**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**