IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAHMAL WILLIAMS,** *Plaintiff,* v. **CITY OF PHILADELPHIA** *et al.*, *Defendants.* | Civil Action No. 21-cv-640 |

## ORDER

**AND NOW**, this 23rd day of August, 2023, it is hereby **ORDERED** that Plaintiff shall file a response to Defendants' August 7, 2023 motion to dismiss for lack of prosecution (ECF No. 53). Failure to respond may result in this case being dismissed for lack of prosecution without further notice from the Court.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1